IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STATE OF NEBRASKA, | ) | 8:09CV48 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL E. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Dismiss. (Filing No. 11.) The court remanded this matter to the Nebraska Supreme Court and entered judgment on March 24, 2009. (Filing Nos. 7 and 8.) This matter was closed on that date.

IT IS THEREFORE ORDERED that: Defendant Michael E. Harris' Motion to Dismiss (filing no. 11) is denied as moot.

Dated August 3, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge